

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00354-CV

| | | |
|---|---|---|
| J. Fuentes Colleyville, L.P. d/b/a Gloria's Restaurant; Jose Fuentes Colleyville, Inc. d/b/a Gloria's Restaurant; and Carlos Fuentes, Inc. d/b/a Gloria's Restaurant | § § § § | From the 96th District Court |
| | | of Tarrant County (096-276274-15) |
| v. | § | |
| A.S., Individually and as Next Friend of K.S., a Minor Child; Kristen Hayter; and Consumers County Mutual Insurance Company | § § § | August 18, 2016 |
| | | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants J. Fuentes Colleyville, L.P. d/b/a Gloria's Restaurant; Jose Fuentes Colleyville, Inc. d/b/a Gloria's Restaurant; and Carlos Fuentes, Inc. d/b/a Gloria's Restaurant shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier